IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JAMES JORDANOFF, et al., )
)
      Plaintiffs, )
)
vs. ) Case No. CIV-09-791-R
)
SHERIFF JOSEPH K. LESTER, et al., )
)
      Defendants. )

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered May 27, 2010 [Doc. No. 55]. No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation is ADOPTED in its entirety and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of June, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE